LMF: USAO 2012R00133

_____ FILED    _____ ENTERED
_____ LOGGED   _____ RECEIVED

MAR 2 8 2012

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. DKC 12 CR 0170 |
| MELVIN DOUGLAS, a/k/a "Mel Longwood," | * (Transporting a Minor to Engage in Prostitution, 18 U.S.C. § 2423(a); Forfeiture, 18 U.S.C. § 2428) |
| Defendant | * |

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

Between on or about September 5, 2011 and on or about February 9, 2012, in the District of Maryland and elsewhere, the defendant,

**MELVIN DOUGLAS,**
a/k/a "Mel Longwood,"

did knowingly transport an individual, G.L., who had not attained the age of 18 years in interstate and foreign commerce, with the intent that the individual engage in prostitution.

18 U.S.C. § 2423(a)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further charges that:

1.     Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Sections 2428(a) and (b) in the event of the defendant's conviction on Count One of this Indictment.

2.     As a result of the offense set forth in Count One of this Indictment, the defendant,

**MELVIN DOUGLAS,**
**a/k/a/ "Mel Longwood,"**

shall forfeit to the United States of America:

    a.     Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

    b.     Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3.     If any of the property described above as being subject to forfeiture pursuant to 18 U.S.C. §§ 2428(a) and (b), as a result of any act or omission of the defendant,

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third person;

    c.     has been placed beyond the jurisdiction of the Court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property that cannot be subdivided without difficulty;

the United States intends to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

18 U.S.C. § 2428

A TRUE BILL:

SIGNATURE REDACTED

Foreperson

Rod J. Rosenstein
United States Attorney

28 March 2012
Date